# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KENA L. STENNIS (MARINO),** | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACTION: 1:23-00483-KD-B |
| **NOLAN P. MARINO,** | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 7), made under 28 U.S.C. § 636(b)(1), Fed.R.Civ.P. 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated February 9, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice for lack of subject matter jurisdiction, or in the alternative, for Plaintiff's failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure and with the Court's Order.[1]

**DONE** and **ORDERED** this the **11th** day of **March 2024.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] See Judge Bivins' January 4, 2024, Order. (Doc. 3).